**Motion Granted, Appeal Dismissed and Memorandum Opinion filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00815-CR

## DAMON  KENDRICK DOVE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCR-061181A**

## MEMORANDUM  OPINION

Appellant Damon Kendrick Dove signed and filed a written motion to dismiss his appeal. Texas Rule of Appellate Procedure 42.2(a) requires that a motion for voluntary dismissal of an appeal of  a criminal case be signed by both the appellant and his or her attorney. *See* Tex. R. App. P. 42.2(a). Appellant does not have an attorney; he is proceeding pro se in this appeal.

Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)